IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ALAN DOERING**  **PETITIONER**
**ADC #106115**

v.   Case No. 5:13cv00187-KGB-JTR

**RAY HOBBS, Director,**  **RESPONDENT**
**Arkansas Department of Correction**

# ORDER

Before the Court is petitioner Alan Doering's motion to withdraw habeas corpus (Dkt. No. 3). Mr. Doering requests that his habeas corpus petition be dismissed without prejudice so that he can return to state court to exhaust his state remedies. His habeas corpus petition has not yet been served on respondent.

IT IS THEREFORE ORDERED THAT Mr. Doering's motion to withdraw his habeas corpus petition is granted (Dkt. No. 3). The petition for writ of habeas corpus is hereby dismissed without prejudice.

IT IS SO ORDERED THIS the 25th day of July, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE