IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ALAN DOERING**　　　　　　　　　　　　　　　　　　　　　　　　　　**PETITIONER**
**ADC #106115**

v.　　　　　　　　　Case No. 5:13cv00187-KGB-JTR

**RAY HOBBS, Director,**　　　　　　　　　　　　　　　　　　　　　　**RESPONDENT**
**Arkansas Department of Correction**

# JUDGMENT

　　Pursuant to the Order filed this date, judgment is entered dismissing this action without prejudice.

　　IT IS SO ORDERED THIS the 25th day of July, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE